IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

         v.                Civil No. 08-50102

JOHN SAKREKOV                                                     DEFENDANT

## ORDER

Now on this 1st day of February, 2012, comes on for consideration the **Magistrate Judge's Supplemental Report and Recommendation** (document #35), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Supplemental Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Supplemental Report And Recommendation** (document #35) is **adopted in its entirety.**

**IT IS ALSO ORDERED** that defendant's **Motion to Construe** (document #33) is **granted to the extent that his § 2255 motion should be construed as either a § 2241 motion or a civil rights action.**

**IT IS FURTHER ORDERED** that the **Clerk of this Court** is directed to transfer this matter to the **Western District of Oklahoma.**

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE